# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE MEDICAL REVIEW

PANEL FOR THE CLAIM OF

KELDA PRICE

NO.   2026 CW 0042

**APRIL 20, 2026**

---

In Re:   Kelvin Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 736456.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT